IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN DAVID MINCH, )
)
    Plaintiff, ) 1:15-CV-303-DWA
)
v. )
)
CAROLYN COLVIN, COMMISSIONER )
OF SOCIAL SECURITY, )
)
    Defendant.

AMBROSE, United States Senior District Judge

## ORDER

On April 26, 2016, Plaintiff, John David Minch, a *pro se* litigant, filed a Motion Requesting Permission to File Documents. (ECF No. 11). The documents sought to be filed are Plaintiff's anticipated "requests of documents and interrogatories." *Id.* This case is a social security appeal seeking a review of a decision by Defendant denying Plaintiff benefits under the Social Security Act. As a result, the case will be based on the record below.[1] In other words, there is no discovery in social security appeal cases pending in the district court. As a result, no discovery is anticipated.

THEREFORE, this 27th day of April, 2016, Plaintiff's Motion (ECF No. 11) is denied.

BY THE COURT:

*Donetta W. Ambrose*
Donetta W. Ambrose
United States Senior District Judge

---

[1] The record below will be produced and filed by Defendant at the appropriate time.